UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x

Naomy Altagracia Gonzalez Rodriguez, Molla Brown, and Thomas Rodriguez, individually on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

Walmart Inc.,

        Defendant.

――――――――――――――――――――――――――――  x

Case No. 1:22-cv-02991-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees.

Dated: July 8, 2024

_____
Philip J. Furia
The Sultzer Law Group, P.C.
*Attorney for Plaintiffs*
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
furiap@thesultzerlawgroup.com

_____
Deborah Renner
Sara Gates
Dentons US LLP
Attorneys for Defendant
1221 Avenue of the Americas
New York, NY 10020
deborah.renner@dentons.com
sara.gates@dentons.com